UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEELING SPORTS LIMITED,**

-vs-   Case No. 6:06-cv-1834-Orl-28DAB

**ADVAN FASHION, INC., SHIHSEN TSAO,**

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment against all Defendants (Doc. No. 35) filed January 22, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 30, 2008 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment against all Defendants (Doc. No. 35) is **GRANTED.**

3. Filed contemporaneously with this Order is a Final Default Judgment and Injunction.

4.  After entry of judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __21__ day of February, 2008.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party